```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UA LOCAL 13 & EMPLOYERS GROUP
INSURANCE FUND, Individually and on
Behalf of All Others Similarly
Situated,

                        Plaintiff,         19 Civ. 10161 (LLS)

        - against -
                                            ORDER OF APPOINTMENT
SEALED AIR CORPORATION, JEROME A.
PERIEZRE, EDWARD L. DOHENY II,
CAROL PL LOWE and WILLIAM G.
STIEHL,
                        Defendants.
- - - - - - - - - - - - - - - - - -X
```

Having considered the unopposed motion for appointment as lead plaintiff and approval of selection of counsel, and the supporting declaration and memorandum of law, the motion of UA Local 13 Pension Fund & Employers Group Insurance Fund and Plumbers & Steamfitters Local 267 Pension Fund (the "Pension Funds") (Dkt. No. 9) is granted; and the Pension Funds are appointed joint lead plaintiff, and Robbins Geller Rudman & Dowd LLP is appointed lead counsel.

    So ordered.

Dated: January 21, 2020
       New York, New York

                                    _____
                                    LOUIS L. STANTON
                                        U.S.D.J.

-1-