UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UA LOCAL 13 PENSION FUND, UA
LOCAL 13 & EMPLOYERS GROUP
INSURANCE FUND, PLUMBERS &
STEAMFITTERS LOCAL 267 PENSION
FUND, and PLUMBERS & STEAMFITTERS
LOCAL NO. 7 PENSION AND WELFARE
FUNDS, individually and on behalf of all
others similarly situated,

Case No. 1:19-cv-10161-LLS

Plaintiffs,

HON. LOUIS L. STANTON

v.

SEALED AIR CORPORATION
and WILLIAM G. STIEHL,

Defendants.

---

**DECLARATION OF VINCENT LEVY IN SUPPORT OF
DEFENDANT SEALED AIR CORPORATION'S MOTION TO DISMISS**

I, Vincent Levy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner of the law firm Holwell Shuster & Goldberg LLP, attorneys for Defendant Sealed Air Corporation.

2.      I submit this declaration to put before the Court exhibits referenced in Defendant Sealed Air's memorandum of law in support of its motion to dismiss the Corrected Amended Complaint in this action.

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Sealed Air Corporation's Securities and Exchange Commission Form 10-Q, dated August 6, 2020.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an article, titled *Federal criminal investigation of Sealed Air ends without charges filed*, posted to the website of the Charlotte Business Journal on August 6, 2020.

5.      Attached hereto as **Exhibit C** is a true and correct copy of Securities and

Exchange Commission filings made by William G. Stiehl on January 2, 2013, January 5, 2016,

and June 10, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    September 4, 2020

By:  /s/ Vincent Levy

Vincent Levy