# Exhibit B

**FOR THE EXCLUSIVE USE OF** CHRISTINA.GRIFFIN@SEALEDAIR.COM

From the Charlotte Business Journal:
https://www.bizjournals.com/charlotte/news/2020/08/06/feds-close-sealed-air-investigation-no-charges.html

# Federal criminal investigation of Sealed Air ends without charges filed

Aug 6, 2020, 3:31pm EDT

A federal criminal investigation into Sealed Air Corp.'s firing of its former chief financial officer and the company's hiring of an auditing firm has ended with no charges filed.

A U.S. Securities and Exchange Commission probe of those events and their potential relationship to income tax issues at Sealed Air continues, the company says in a Thursday filing with the SEC. But the issue of criminal liability has been resolved.



MELISSA KEY

Sealed Air no longer faces a criminal inquiry into the hiring of its former auditor and firing of its former chief financial officer.

"The U.S. Attorney's Office does not anticipate further action and the matter is closed," says Lia Bantavi, spokeswoman for Andrew Murray, U.S. Attorney for the Western District of North Carolina.

While only bare details are available, both investigations appear to have centered around the propriety of a $1.49 billion tax deduction Sealed Air (NYSE: SEE) took in 2014 and whether issues involving it were improperly tied up in a decision to hire a new auditing agency for the company. The company dismissed its then-current auditor and hired Ernst & Young in late 2014, as it was working on the tax claim.

## CFO fired

The company received its first subpoena from the SEC in June 2018. After a second request came in May 2019 for documents and information about tax issues and the

Case 1:19-cv-10461-LTS   Document 35-2   Filed 09/04/20   Page 3 of 4

hiring of EY, Sealed Air started an internal inquiry.

In June, Sealed Air fired CFO William Stiehl for cause in relation to the SEC investigation. Stiehl was chief accounting officer and controller at the time EY was hired.

"Following the announcement on June 20, 2019 that the company had terminated the employment of William G. Stiehl ... the company received a grand jury subpoena from the United States Attorney's Office ... seeking documents relating to that termination and relating to the process by which the Company selected its former independent audit firm," Sealed Air says in its filing. "The company has been advised by the U.S. Attorney's Office that it has completed its investigation of these matters and will not be taking any action."

A Sealed Air spokeswoman says the company cannot comment beyond what is in the filing.

## Tax issue

Although Sealed Air has not disclosed the exact nature of the investigations, a class-action lawsuit filed on behalf of shareholders contends the they grew out of the one specific tax deduction. The deduction was related to a settlement of asbestos claims Sealed Air made in connection to its 1998 purchase of Cryovac. The suit alleges that the deduction was illegitimate and that Sealed Air changed auditors in order to make the claim anyway.

"In late 2014, as the Company was finalizing its accounting treatment for the improper $1.49 billion tax deduction, Sealed Air fired its auditor KPMG LLP ... and hired Ernst & Young LLP," the initial version of the suit alleged. "As Sealed Air was in the process of switching auditors, it was also engaged in a fraudulent scheme to improperly account for income taxes and provide misleading financial reporting and disclosures to the Company's investors."

In the Thursday filing, Sealed Air acknowledges the SEC investigations continues. "The company is fully cooperating with the SEC and cannot predict the outcome or duration of the investigation," it says.

The company also acknowledges that the Internal Revenue Service continues its challenge to the deduction that appears to have started the investigations.

Case 1:19-cv-10461-LLS   Document 35-2   Filed 09/04/20   Page 4 of 4

"The IRS has proposed to disallow, as a deductible expense, the entirety of the $1.49 billion settlement payments," the filing says. "Although we believe that we have meritorious defenses to the proposed disallowance and are protesting it with the IRS, this matter may not be resolved in 2020."

**John Downey**
Senior Staff Writer
*Charlotte Business Journal*

