UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                              :

UA LOCAL 13 & EMPLOYERS GROUP    :   Civil Action No. 1:19-cv-10161-LLS-RWL
INSURANCE FUND, Individually and on   :
Behalf of All Others Similarly Situated,   :
                              :

               Plaintiff,   :   **DECLARATION OF MICHAEL J.**
                              :   **BERKOVITS IN SUPPORT OF**
      vs.                   :   **DEFENDANT WILLIAM STIEHL'S**
                              :   **MOTION TO DISMISS PURSUANT TO**
SEALED AIR CORPORATION, and     :   **FEDERAL RULE OF CIVIL**
WILLIAM G. STIEHL,            :   **PROCEDURE 12(b)(6)**
                              :

            Defendants.   :
                              :

-------------------------------------------------------- X

I, Michael Berkovits, hereby declare as follows:

1.      I am an Associate with the law firm of Cooley LLP.  I am a member in good standing of the bar of New York.

2.      I serve as counsel to Defendant William Stiehl in this matter.

3.      I respectfully submit this declaration pursuant to 28 U.S.C. § 1746 in order to transmit to the Court certain documents referenced in Defendant's Memorandum of Law in Support of William Stiehl's Motion to Dismiss filed concurrently herewith.

4.      I have personal knowledge of the facts set forth in this Declaration.

5.      Attached as **Exhibit 1** is a true and correct copy of Sealed Air Corporation's Form 8-K filed with the Securities and Exchange Commission on or about November 14, 2014.

6.      Attached as **Exhibit 2** is a true and correct copy of Sealed Air Corporation's Proxy Statement filed with the Securities and Exchange Commission on or about April 2, 2015.

7.      Attached as **Exhibit 3** are true and correct copies of Forms 4 filed with the Securities and Exchange Commission on or about May 19, 2017, December 15, 2017, and June 19, 2018.

8.      Attached as **Exhibit 4** is a true and correct copy of an excerpt of Sealed Air Corporation's Form 10-Q filed with the Securities and Exchange Commission on or about August 6, 2018.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2020, in New York, NY.

*/s/ Michael J. Berkovits*
Michael J. Berkovits