# Exhibit 3

Home | Archives | Products | About | Contact | FAQ |

New User? Sign Up | Sign In

## Sec Form 4

| Form 4 Filings | Insider Buys | Significant Buys | Penny Stocks Insider Buying | Insider Sales |
| Insider Buy Sell Ratios | Stock Options | Insider Trading Stock Screener | Insider Trading Graph View | Insider Watch |

### Stiehl William G. - SEALED AIR CORP - For 2017-05-19

1. **About Form 4 Filing**: Every director, officer or owner of more than ten percent of a class of equity securities registered under Section 12 of the '34 Act must file with the U.S. Securities and Exchange Commission (SEC) a statement of ownership regarding such security. The initial filing is on Form 3 and changes are reported on Form 4. The Annual Statement of beneficial ownership of securities is on Form 5. The forms contain information on the reporting person's relationship to the company and on purchases and sales of such equity securities.
2. Form 4 is stored in SEC's EDGAR database. EDGAR is Electronic Data Gathering, Analysis and Retrieval System. It is a registered trademark of the SEC.

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch

What is insider trading>>

Email a friend >>...

Enter Stock Symbol or Cik: [_____] [Search!] Cik Lookup...

Search By Company or Insider Name: [_____] [Search!]

The following is an SEC EDGAR document rendered as filed.
Here is the list of insider trading transaction codes.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**
Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Expires: | November 30, 2011 |
| Estimated average burden hours per response...0.5 | |

| 1. Name and Address of Reporting Person * <br> Stiehl William G. | 2. Issuer Name **and** Ticker or Trading Symbol <br> SEALED AIR CORP/DE [ SEE] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| (Last)　(First)　(Middle) <br> C/O SEALED AIR CORPORATION, 2415 CASCADE POINTE BOULEVARD | 3. Date of Earliest Transaction (MM/DD/YY) <br> 05/19/2017 | ___ Director ___ 10% Owner <br> _X_ Officer (give title below) ___ Other (specify below) <br> CAO and Controller |
| (Street) <br> CHARLOTTE, NC28208 | 4. If Amendment, Date Original Filed(MM/DD/YY) | 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |
| (City)　(State)　(Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/19/2017 | | S | | 3,000 | D | $ 43.43 | 37,797 | D | |
| Common Stock | | | | | | | | 995 | I | Profit-Sharing Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| Stiehl William G. <br> C/O SEALED AIR CORPORATION <br> 2415 CASCADE POINTE BOULEVARD <br> CHARLOTTE, NC28208 | | | CAO and Controller | |

### Signatures

William G. Stiehl　　　　　　　　05/23/2017

** Signature of Reporting Person　　　　Date

**Explanation of Responses:**

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

© 2005-2020 SecForm4.Com All rights reserved.
Archives: 2020 2019 2018 2017 2016 2015
Fri, 24 Apr 2020 08:50:31 -0500

SEC is Securities and Exchange Commission.
SecForm4.Com is not affiliated with SEC.
Terms of Use | Privacy Statement |

## Sec Form 4

| | |
|---|---|
| Form 4 Filings | Insider Buys |
| Insider Buy Sell Ratios | Stock Options |

| Significant Buys | Penny Stocks Insider Buying | Insider Sales |
|---|---|---|
| Insider Trading Stock Screener | Insider Trading Graph View | Insider Watch |

### Stiehl William G. - SEALED AIR CORP - For 2017-12-15

1. **About Form 4 Filing**: Every director, officer or owner of more than ten percent of a class of equity securities registered under Section 12 of the '34 Act must file with the U.S. Securities and Exchange Commission (SEC) a statement of ownership regarding such security. The initial filing is on Form 3 and changes are reported on Form 4. The Annual Statement of beneficial ownership of securities is on Form 5. The forms contain information on the reporting person's relationship to the company and on purchases and sales of such equity securities.
2. Form 4 is stored in SEC's EDGAR database. EDGAR is Electronic Data Gathering, Analysis and Retrieval System. It is a registered trademark of the SEC.

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch

What is insider trading>>

Email a friend >>...

Enter Stock Symbol or Cik: [＿＿＿＿＿] [ Search! ]  Cik Lookup...

Search By Company or Insider Name: [＿＿＿＿＿] [ Search! ]

The following is an SEC EDGAR document rendered as filed.
Here is the list of insider trading transaction codes.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**
Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | November 30, 2011 |
| Estimated average burden hours per response...0.5 | |

| 1. Name and Address of Reporting Person * <br> Stiehl William G. | 2. Issuer Name **and** Ticker or Trading Symbol <br> SEALED AIR CORP/DE [ SEE] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) <br> C/O SEALED AIR CORPORATION, 2415 CASCADE POINTE BOULEVARD | 3. Date of Earliest Transaction (MM/DD/YY) <br> 12/15/2017 | ＿＿ Director          ＿＿ 10% Owner <br> _X_ Officer (give title below)  ＿＿ Other (specify below) <br> Acting CFO, CAO and Controller |
| (Street) <br> CHARLOTTE, NC28208 | 4. If Amendment, Date Original Filed(MM/DD/YY) | 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ＿＿ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/15/2017 | | S | | 3,000 | D | $ 48.98 | 34,797 | D | |
| Common Stock | | | | | | | | 995 | I | Profit-Sharing Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned

( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Reporting Owners | | | | | | Signatures | |
|---|---|---|---|---|---|---|---|

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Stiehl William G. <br> C/O SEALED AIR CORPORATION <br> 2415 CASCADE POINTE BOULEVARD <br> CHARLOTTE, NC28208 | | | Acting CFO, CAO and Controller | |

William G. Stiehl — 12/19/2017
** Signature of Reporting Person        Date

**Explanation of Responses:**

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

© 2005-2020 SecForm4.Com All rights reserved.
Archives: 2020 2019 2018 2017 2016 2015
Fri, 24 Apr 2020 08:49:47 -0500

SEC is Securities and Exchange Commission.
SecForm4.Com is not affiliated with SEC.
Terms of Use | Privacy Statement |

New User? Sign Up | Sign In

| **Sec Form 4** | Form 4 Filings | Insider Buys | Significant Buys | Penny Stocks Insider Buying | Insider Sales |
| --- | --- | --- | --- | --- | --- |
| | Insider Buy Sell Ratios | Stock Options | Insider Trading Stock Screener | Insider Trading Graph View | Insider Watch |

### Stiehl William G. - SEALED AIR CORP - For 2018-06-19

1. **About Form 4 Filing**: Every director, officer or owner of more than ten percent of a class of equity securities registered under Section 12 of the '34 Act must file with the U.S. Securities and Exchange Commission (SEC) a statement of ownership regarding such security. The initial filing is on Form 3 and changes are reported on Form 4. The Annual Statement of beneficial ownership of securities is on Form 5. The forms contain information on the reporting person's relationship to the company and on purchases and sales of such equity securities.
2. Form 4 is stored in SEC's EDGAR database. EDGAR is Electronic Data Gathering, Analysis and Retrieval System. It is a registered trademark of the SEC.

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch
What is insider trading>>

Email a friend >>...

Enter Stock Symbol or Cik: [_____] Search! Cik Lookup...

Search By Company or Insider Name: [_____] Search!

The following is an SEC EDGAR document rendered as filed.
Here is the list of insider trading transaction codes.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP
Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Expires: | November 30, 2011 |
| Estimated average burden hours per response...0.5 | |

| 1. Name and Address of Reporting Person * Stiehl William G. | 2. Issuer Name **and** Ticker or Trading Symbol SEALED AIR CORP/DE [ SEE] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last) (First) (Middle) C/O SEALED AIR CORPORATION, 2415 CASCADE POINTE BOULEVARD | 3. Date of Earliest Transaction (MM/DD/YY) 06/19/2018 | ___ Director ___ 10% Owner __X__ Officer (give title below) ___ Other (specify below) Senior Vice President and CFO |
| (Street) CHARLOTTE, NC 28208 | 4. If Amendment, Date Original Filed(MM/DD/YY) | 6. Individual or Joint/Group Filing(Check Applicable Line) __X__ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/19/2018 | | S | | 3,000 | D | $ 44.0136 | 42,898 | D | |
| Common Stock | | | | | | | | 2,134 | I | Profit-Sharing Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| **Reporting Owners** | | | | | | **Signatures** | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Reporting Owner Name / Address** | **Relationships** | | | | | William G. Stiehl | 06/20/2018 |
| | Director | 10% Owner | Officer | Other | | ** Signature of Reporting Person | Date |
| Stiehl William G. C/O SEALED AIR CORPORATION 2415 CASCADE POINTE BOULEVARD CHARLOTTE, NC 28208 | | | Senior Vice President and CFO | | | | |

**Explanation of Responses:**

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

© 2005-2020 SecForm4.Com All rights reserved.
Archives: 2020 2019 2018 2017 2016 2015
Fri, 24 Apr 2020 08:46:11 -0500

SEC is Securities and Exchange Commission.
SecForm4.Com is not affiliated with SEC.
Terms of Use | Privacy Statement |