# Exhibit 4

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM 10-Q

---

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

**Or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 1-12139**

---

# SEALED AIR CORPORATION
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **65-0654331** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |
| **2415 Cascade Pointe Boulevard** | |
| **Charlotte, North Carolina** | **28208** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (980) 221-3235**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

There were 158,812,370 shares of the registrant's common stock, par value $0.10 per share, issued and outstanding as of July 31, 2018.

**SEALED AIR CORPORATION AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

| *(In millions, except share and per share data)* | | June 30, 2018 (unaudited) | | December 31, 2017 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 180.1 | $ | 594.0 |
| Trade receivables, net of allowance for doubtful accounts of $6.7 in 2018 and $6.5 in 2017 | | 495.5 | | 552.4 |
| Income tax receivables | | 19.9 | | 85.1 |
| Other receivables | | 100.0 | | 90.2 |
| Inventories, net of inventory reserves of $19.6 in 2018 and $15.5 in 2017 | | 580.2 | | 506.8 |
| Current assets held for sale | | 0.7 | | 4.0 |
| Prepaid expenses and other current assets | | 154.6 | | 33.9 |
| Total current assets | | 1,531.0 | | 1,866.4 |
| Property and equipment, net | | 983.7 | | 998.4 |
| Goodwill | | 1,932.0 | | 1,939.8 |
| Identifiable intangible assets, net | | 85.6 | | 83.6 |
| Deferred taxes | | 113.6 | | 176.2 |
| Other non-current assets | | 213.3 | | 215.9 |
| **Total assets** | $ | **4,859.2** | $ | **5,280.3** |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Short-term borrowings | $ | 117.1 | $ | 25.3 |
| Current portion of long-term debt | | 1.5 | | 2.2 |
| Accounts payable | | 790.7 | | 723.8 |
| Current liabilities held for sale | | - | | 2.2 |
| Accrued restructuring costs | | 20.4 | | 15.4 |
| Income tax payable | | 64.5 | | 47.3 |
| Other current liabilities | | 379.9 | | 562.0 |
| Total current liabilities | | 1,374.1 | | 1,378.2 |
| Long-term debt, less current portion | | 3,217.1 | | 3,230.5 |
| Deferred taxes | | 19.4 | | 28.5 |
| Other non-current liabilities | | 621.0 | | 490.8 |
| **Total liabilities** | | **5,231.6** | | **5,128.0** |
| Commitments and contingencies - Note 16 | | | | |
| Stockholders' equity: | | | | |
| Preferred stock, $0.10 par value per share, 50,000,000 shares authorized; no shares issued in 2018 and 2017 | | - | | - |
| Common stock, $0.10 par value per share, 400,000,000 shares authorized; shares issued: 231,571,835 in 2018 and 230,080,944 in 2017; shares outstanding: 159,897,862 in 2018 and 168,595,521 in 2017 | | 23.2 | | 23.0 |
| Additional paid-in capital | | 2,035.0 | | 1,939.6 |
| Retained earnings | | 1,593.2 | | 1,735.2 |
| Common stock in treasury, 71,673,973 shares in 2018 and 61,485,423 shares in 2017 | | (3,165.0) | | (2,700.6) |
| Accumulated other comprehensive loss, net of taxes | | (858.8) | | (844.9) |
| **Total stockholders' equity** | | **(372.4)** | | **152.3** |
| **Total liabilities and stockholders' equity** | $ | **4,859.2** | $ | **5,280.3** |

See accompanying Notes to Condensed Consolidated Financial Statements.

5