UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

UA LOCAL 13 & EMPLOYERS GROUP
INSURANCE FUND, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

    vs.

SEALED AIR CORPORATION and
WILLIAM G. STIEHL,

                        Defendants.

———————————————————————— x

: Civil Action No. 1:19-cv-10161-LLS-RWL
:
: CLASS ACTION
:
: DECLARATION OF ROBERT M.
: ROTHMAN IN SUPPORT OF PLAINTIFFS'
: OMNIBUS MEMORANDUM OF LAW IN
: OPPOSITION TO DEFENDANTS'
: MOTIONS TO DISMISS

Robert M. Rothman does hereby certify and say:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs UA Local 13 Pension Fund, UA Local 13 & Employers Group Insurance Fund, Plumbers & Steamfitters Local 267 Pension Fund and additional Plaintiff Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds (collectively, "Plaintiffs") in the above captioned matter.  I respectfully submit this Declaration in support of Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Corrected Amended Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a February 6, 2020 *The Wall Street Journal* article entitled "Ernst & Young Won a Multimillion-Dollar Audit Spot.  Investigators Want to Know Why."

3.      Attached hereto as Exhibit 2 is a relevant excerpt of a true and correct copy of a quarterly report on Form 10-Q, filed with the SEC by Sealed Air Corporation on October 28, 2020, highlighted for the Court's convenience.

- 2 -

4.       Attached hereto as <u>Exhibit 3</u> is a relevant excerpt of a true and correct copy of the U.S. Department of Treasury's Advisory Committee on the Auditing Profession's Final Report, dated October 6, 2008, highlighted for the Court's convenience.

DATED:  November 24, 2020

*/s/ Robert M. Rothman*

ROBERT M. ROTHMAN

CERTIFICATE OF SERVICE

I, Robert M. Rothman, hereby certify that on November 24, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Robert M. Rothman
ROBERT M. ROTHMAN