# EXHIBIT 1

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/ernst-young-won-a-multimillion-dollar-audit-spot-investigators-want-to-know-why-11580985001

### FINANCE

# Ernst & Young Won a Multimillion-Dollar Audit Spot. Investigators Want to Know Why.

SEC looking into allegations a finance executive rigged audit competition for Sealed Air contract



Alleged independence violations at Sealed Air emerged after the SEC began investigating accounting practices at the packaging company.

PHOTO: CHRISTOPHER BARTH/ASSOCIATED PRESS

*By [Jean Eaglesham](#) and Lisa Schwartz*
Feb. 6, 2020 5:30 am ET

A rare criminal investigation into corporate auditing is focused on allegations that bid-rigging helped Ernst & Young LLP win a competition run by <u>Sealed Air</u> Corp. , according to people close to the probe.

The scrutiny highlights the close ties that often exist between corporate executives and the Big Four audit firms.

William Stiehl and Carol Lowe were senior executives at Sealed Air when the bubble-wrap maker in 2015 appointed Ernst & Young. A decade earlier, the two were senior executives at <u>Carlisle Cos.</u> when that company also appointed Ernst & Young, public records show.

Ernst & Young Won a Multimillion-Dollar Audit Spot. Investigators Want to Know Why - WSJ

# Hiring Pattern

Former Sealed Air executives previously worked at companies that also hired Ernst & Young.

**Executive's work history**



Note: Ernst & Young audited Goodrich until it was taken over in July 2012 by United Technologies.
Sources: SEC filings, Sealed Air company reports, LinkedIn

Securities and Exchange Commission officials and North Carolina prosecutors are investigating allegations that Mr. Stiehl rigged the competition to win Sealed Air's multimillion-dollar audit contract in favor of Ernst & Young by tipping the Big Four firm details of rival KPMG's bid, the people said. Sealed Air last year fired both Mr. Stiehl and Ernst & Young.

NEWSLETTER SIGN-UP

# Markets

A pre-markets primer packed with news, trends and ideas. Plus, up-to-the-minute market data.

PREVIEW                                                                    SUBSCRIBE

Almost two decades since legal curbs were imposed on management's oversight of audit firms in the wake of the Enron accounting scandal, executives' influence on auditors remains a subject of concern and of enforcement activity.

William Schwartz, an attorney for Mr. Stiehl, said his client "denies any allegations of wrongdoing in connection with Sealed Air's auditor selection process, and he is vigorously contesting his termination by the company."

Ernst & Young said in a statement it was appointed after a "rigorous" competition in which it received information "from senior executives of Sealed Air who were...leading the auditor selection process." The firm is confident its audit work was impartial and is cooperating fully with ongoing investigations, the statement added.

Ms. Lowe declined to comment, as did representatives of Sealed Air and KPMG. Spokeswomen for the SEC and the U.S. Attorney's Office for the Western District of North Carolina declined to comment on the investigations.

Alleged independence violations at Sealed Air emerged last year after the SEC began investigating accounting practices at the packaging company. That ongoing probe centers on its accounting treatment of tax write-offs related to an asbestos-claims settlement, according to a person familiar with the matter.

SHARE YOUR THOUGHTS

*Do close ties between a company and its auditor improve audit quality? Why or why not? Join the conversation below.*

SEC officials widened their inquiry to look at Ernst & Young's independence after coming across emails that allegedly showed Mr. Stiehl interfered in the competition held in 2014 to select an audit firm, according to a person familiar with the matter.

Under a tightening of independence rules adopted after the Enron scandal, public companies are required to put the hiring and pay of their audit firm in the hands of an independent audit board committee.

Critics say management still plays too big a role at many companies in hiring auditors. Consumer advocates are meeting next week with the Public Company Accounting Oversight Board to discuss their "grave concerns" about auditor independence and recent changes the regulator has made to guidelines around it. The changes allow companies and audit firms to not disclose certain independence violations to investors.

"The independent audit committee is meant to protect investors' interests but that mechanism just isn't working," said Barbara Roper, director of investor protection at the Consumer Federation of America, one of the groups meeting the regulator.

A PCAOB spokeswoman said its guidelines don't change the rules on auditor independence. The regulator is "committed to hearing feedback and meeting with interested parties," she added.

It is routine for executives to run the process for choosing an auditor, under the audit committee's direction. But research has shown auditor selection is still "heavily influenced and directed by management," according to Phillip Lamoreaux, an associate professor of accountancy at Arizona State University.

MORE SEC NEWS

- Lawmakers Push for Changes in Credit-Ratings Industry
- SEC, Telegram Startup Gird for Cryptocurrency Court Clash
- How Coronavirus Could Disrupt the Auditing of Companies
- SEC Urges Better Cybersecurity Practices at Financial Firms
- SEC Proposes Amending Corporate Disclosure Rules

A study of more than 2,000 auditor switches, which Mr. Lamoreaux co-authored in 2015, found companies were almost twice as likely to choose a Big Four firm if a top executive

had previously worked for that firm.

It isn't unusual to have yearslong connections between management and audit firms, according to Elizabeth Almer, an accounting professor at Portland State University. "Many C-Suite finance executives have passed through a Big Four firm," she said.

Having an existing relationship can help improve audit quality, deepening the auditors' understanding of the company and its management, according to Ms. Almer. But critics say it can also breed a too-close relationship between management and the auditors who are supposed to check their work.

The SEC has taken close to 100 enforcement actions for alleged breaches of independence rules over the last two decades, but only a handful involved charges against corporate executives, a Wall Street Journal review of SEC filings compiled by research firm Audit Analytics found. Alleged management misconduct included gifts of company stock to auditors and romantic relationships with audit partners.

Matthew Jacques, chief accountant in the SEC's enforcement division, told a conference in Washington, D.C., last year that auditor independence is "really critical to the integrity of the whole process."

At Sealed Air, the events around the allegations now under investigation came to light last year. In June, the company fired Mr. Stiehl, who had been promoted to chief financial officer after Ms. Lowe left the company in 2017.

Ms. Lowe started her career as an audit manager at Ernst & Young in the 1980s, and was later chief financial officer at both Carlisle CSL **+1.91%** ▲ Cos. and Sealed Air when those companies chose the Big Four firm, according to public records.

She and Mr. Stiehl worked with auditors in Ernst & Young's Charlotte, N.C., office for more than a decade, at a total of three public companies including Sealed Air, a review by The Wall Street Journal found.

Ernst & Young said in its statement it was "proud.... our clients value the quality of our work and if they move to different companies, they hire us again."

Weeks after Mr. Stiehl's firing from Sealed Air, the company said it had received a grand jury subpoena from the U.S. Attorney's Office for the Western District of North Carolina, seeking documents related to the firing and the process by which it chose Ernst & Young.

Within days, Sealed Air fired Ernst & Young and hired PricewaterhouseCoopers LLP—its third Big Four auditor in less than five years—citing "dissatisfaction with information it learned about the process by which EY was selected as auditor."

**Write to** Jean Eaglesham at jean.eaglesham@wsj.com and Lisa Schwartz at Lisa.Schwartz@wsj.com

*Appeared in the February 7, 2020, print edition as '.'*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.