# EXHIBIT 3

# ADVISORY COMMITTEE ON THE AUDITING PROFESSION

## FINAL REPORT

## OCTOBER 6, 2008



THE DEPARTMENT OF THE TREASURY

# Final Report of the Advisory Committee on the Auditing Profession to the U.S. Department of the Treasury

# Final Report of the
# Advisory Committee on the
# Auditing Profession to the
# U.S. Department of the Treasury

## TABLE OF CONTENTS

I.      TRANSMITTAL LETTER

II.     CO-CHAIRS' STATEMENT

III.    COMMITTEE MEMBERS, OBSERVERS, AND STAFF

IV.     COMMITTEE HISTORY

V.      BACKGROUND

VI.     HUMAN CAPITAL

VII.    FIRM STRUCTURE AND FINANCES

VIII.   CONCENTRATION AND COMPETITION

IX.     DISSENTING STATEMENT

X.      APPENDICES
        A: Official Notice of Establishment of Committee
        B: Committee Charter
        C: Treasury Secretary Henry M. Paulson, Jr., Remarks at the Economic Club of New York, New York, NY on Capital Market Competitiveness (Nov. 20, 2006)
        D: Treasury Secretary Henry M. Paulson, Jr., Opening Remarks at the Treasury Department's Capital Markets Competitiveness Conference at Georgetown University (Mar. 13, 2007)
        E: Paulson Announces First Stage of Capital Markets Action Plan, Treasury Press Release No. HP-408 (May 17, 2007)
        F: Paulson: Financial Reporting Vital to US Market Integrity, Strong Economy, Treasury Press Release No. HP-407 (May 17, 2008)
        G: Paulson Announces Auditing Committee Members to Make Recommendations for a More Sustainable, Transparent Industry, Treasury Press Release No. HP-585 (Oct. 2, 2007)
        H: Under Secretary for Domestic Finance Robert K. Steel, Welcome and Introductory Remarks Before the Initial Meeting of the Department of the Treasury's Advisory Committee on the Auditing Profession, Treasury Press Release No. HP-610 (Oct. 15, 2007)
        I: Committee By-Laws
        J: List of Witnesses
        K: Working Discussion Outline
        L: Working Bibliography

I. TRANSMITTAL LETTER

# ADVISORY COMMITTEE ON THE AUDITING PROFESSION

October 6, 2008

The Honorable Henry M. Paulson, Jr.
Secretary
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Dear Secretary Paulson:

It is our pleasure and privilege to present to you on behalf of the Department's Advisory Committee on the Auditing Profession its Final Report and recommendations to enhance the sustainability of a strong and vibrant public company auditing profession.

The Advisory Committee has devoted twelve months to this effort, and we have on numerous occasions solicited public input at various meetings and through written commentary. We have provided a summary of the Advisory Committee's activities in the Co-Chairs' Statement, which is included in this Final Report.

We commend the Department for its initiative in creating the Advisory Committee, in shaping its broad charter, and in supporting its labors. You have been generous in furnishing staff and other resources. We trust that the Final Report and recommendations are worthy of the support and resources which you gave.

Each of the Advisory Committee members stands ready to lend whatever further assistance we may be able to render in carrying out the recommendations of this Final Report.

Respectfully submitted on behalf of the Advisory Committee,

Arthur Levitt, Jr.
Advisory Committee Co-Chair

Donald T. Nicolaisen
Advisory Committee Co-Chair

focus on lessons learned and best practices observed by the PCAOB in its inspection process and the experience of other relevant regulators as appropriate. To ensure the implementation of this training on an overall basis, the PCAOB should review this training as part of its inspection program.

**Recommendation 5. Adopt annual shareholder ratification of public company auditors by all public companies.**

Although not statutorily required, the majority of public companies in the United States—nearly 95% of S&P 500 and 70%-80% of smaller companies—put auditor ratification to an annual shareholder vote.[65] Even though ratification of a company's auditor is non-binding, the Committee learned that corporate governance experts consider this a best practice serving as a "check" on the audit committee.[66] Pursuant to Sarbanes-Oxley, audit committees of exchange-listed companies must appoint, compensate, and oversee the auditor.[67] SEC rules implementing Sarbanes-Oxley specifically permit shareholder ratification of auditor selection.[68] Ratification allows shareholders to voice a view on the audit committee's work, including the reasonableness of audit fees and apparent conflicts of interest.

The Committee believes shareholder ratification of auditor selection through the annual meeting and proxy process can enhance the audit committee's oversight to ensure that the auditor is suitable for the company's size and financial reporting needs.[69] This may enhance competition in the audit industry. Accordingly, the Committee encourages such an approach as a best practice for all public companies. The Committee also urges exchange self-regulatory organizations to adopt such a requirement as a listing standard. In addition, to further enhance audit committee oversight and auditor accountability, the Committee recommends that disclosure in the company proxy statement regarding shareholder ratification include the name(s) of the senior auditing partner(s) staffed on the engagement.[70] The Committee notes

www.treas.gov/offices/domestic-finance/acap/submissions/06032008/Guy060308.pdf (stating that auditors fail to detect material financial statement fraud due to, among other things, the lack of professional skepticism); Record of Proceedings (June 3, 2008) (Written Submission of Brian O'Malley, Senior Vice President and Chief Auditor, NASDAQ OMX, 3), *available at* http://www.treas.gov/offices/domestic-finance/acap/submissions/06032008/OMalley060308.pdf (noting that "auditor skepticism throughout an auditor's career is the keystone, all incentives and disincentives should be focused on its achievement"); PricewaterhouseCoopers LLP, Comment Letter Regarding Draft Report and Draft Report Addendum 19, (June 30, 2008), *available at* http://comments.treas.gov/_files/PwCCommentLtrTreasCmtDraftandAddendum63008.pdf (stating that "independence forms the bedrock of credibility in the auditing profession, and is essential to the firm's primary function in the capital markets").

65 Institutional Shareholder Services, ISS U.S. Corporate Governance Policy – 2007 Update 3 (Nov. 15, 2006).

66 Institutional Shareholder Services, Request for Comment -- Ratification of Auditors on the Ballot 1.

67 Sarbanes-Oxley Act, 15 U.S.C. § 78j-1 (2002).

68 SEC, Final Rule: Standards Related to Listed Audit Committees. Release No. 33-8220 (Apr. 9, 2003).

69 *See also* FRC Update 5, 7 (recommending that "the FRC should amend the section of the Smith Guidance dealing with communications with shareholders to include a requirement for the provision of information relevant to the auditor re-selection decision," and that "investor groups, corporate representatives, firms and the FRC should promote good practices for shareholder engagement on auditor appointment and re-appointments").

70 *See, e.g.,* Andrew D. Bailey, Jr., Professor of Accountancy—Emeritus, University of Illinois, Comment Letter