**Cooley**

# MEMO ENDORSED

Michael J. Berkovits
T: +1 212 479 6234
mberkovits@cooley.com

**VIA ECF and Hand**

July 27, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/21

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *UA Local 13 Pension Fund, et al. v. Sealed Air Corp., et al., No. 19-10161*

Dear Judge Stanton:

We represent Defendant William Stiehl. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we submit this letter motion to request an adjournment of the Court's scheduled conference with the parties on August 20, 2021. Counsel for Defendant Stiehl is unavailable on that date. We therefore respectfully request that the Court adjourn the conference to a day convenient for the Court during the week of September 20, 2021.

The Plaintiffs and Defendant Sealed Air do not object to this request, and all counsel are available during the week of September 20. This is Defendant Stiehl's first request for an adjournment. The proposed adjournment will not affect any other scheduled dates.

Sincerely,

/s/ Michael Berkovits
Michael Berkovits

cc:   All Counsel (via ECF)

The August 20 conference is adjourned to 3 p.m. on Monday Sept. 20, '21

Louis L. Stanton
7/28/21