UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

UA LOCAL 13 & EMPLOYERS GROUP : Civil Action No. 1:19-cv-10161-LLS
INSURANCE FUND, Individually and on :
Behalf of All Others Similarly Situated, : <u>CLASS ACTION</u>
 :
      Plaintiff, : DECLARATION OF ROBERT M.
 : ROTHMAN IN SUPPORT OF PLAINTIFFS'
 : MOTION FOR CLASS CERTIFICATION
  vs. : AND APPOINTMENT OF CLASS
 : REPRESENTATIVES AND CLASS
SEALED AIR CORPORATION and : COUNSEL
WILLIAM G. STIEHL, :
 :
      Defendants. :
 :

———————————————————————— x

I, ROBERT M. ROTHMAN, declare as follows:

I.      I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Plaintiffs UA Local 13 Pension Fund, UA Local 13 & Employers Group Insurance Fund, Plumbers & Steamfitters Local 267 Pension Fund, and Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds (collectively, "Plaintiffs") in the above-entitled action.  I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

II.     Attached are true and correct copies of the following exhibits:

Exhibit A.:     Report on Market Efficiency by Professor Steven P. Feinstein, Ph.D., CFA dated July 14, 2022;

Exhibit B.:     Order entitled "Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Sections 4C and 21C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order," filed in *In the Matter of William G. Stiehl, CPA*, Admin. Proceeding File No. 3-20446;

Exhibit C.:     Order entitled "Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Sections 4C and 21C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order," filed in *In the Matter of Ernst & Young LLP, James G. Herring Jr., CPA, James A. Young, CPA, and Curt W. Fochtmann*, CPA, Admin. Proceeding File No. 3-20447;

Exhibit D.:     Firm Résumé of Robbins Geller Rudman & Dowd LLP;

Exhibit E.:     Declaration of Steven Ostrander in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of UA Local 13 Pension Fund;

Exhibit F.:     Declaration of Steven Ostrander in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of UA Local 13 & Employers Group Insurance Fund;

Exhibit G.:     Declaration of Michael Nanno in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of Plumbers & Steamfitters Local 267 Pension Fund; and

Exhibit H.:     Declaration of Ryan Heimroth in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2022, at Melville, New York.

*/s/ Robert M. Rothman*
ROBERT M. ROTHMAN