# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

UA LOCAL 13 & EMPLOYERS GROUP     :    Civil Action No. 1:19-cv-10161-LLS
INSURANCE FUND, Individually and on   :
Behalf of All Others Similarly Situated,   :    CLASS ACTION
                                                          :
                       Plaintiff,             :
                                                          :
        vs.                                           :
                                                          :
SEALED AIR CORPORATION and        :
WILLIAM G. STIEHL,                         :
                                                          :
                       Defendants.           :
                                                          :
——————————————————— x

**DECLARATION OF STEVEN OSTRANDER IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, STEVEN OSTRANDER, declare as follows:

1.    I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.    I am the Fund Administrator for UA Local 13 & Employers Group Insurance Fund and have been responsible for assisting in overseeing this litigation on behalf of UA Local 13 & Employers Group Insurance Fund. UA Local 13 & Employers Group Insurance Fund was appointed Lead Plaintiff in this action on January 22, 2020, and now seeks appointment as a class representative.

3.    UA Local 13 & Employers Group Insurance Fund is a multiemployer pension plan with approximately $60 million in assets under management, providing pension benefits to over 1,700 participants. UA Local 13 & Employers Group Insurance Fund is affiliated with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and is a member of the New York State Pipe Trades Association.

4.    UA Local 13 & Employers Group Insurance Fund purchased shares of Sealed Air Corporation ("Sealed Air") common stock during the period between November 17, 2014 and June 20, 2019, inclusive, the Class Period.

5.    UA Local 13 & Employers Group Insurance Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Should UA Local 13 & Employers Group Insurance Fund be appointed as a class representative, UA Local 13 & Employers Group Insurance Fund, as a large, sophisticated institutional investor, is committed to vigorously prosecuting this litigation.

6.     UA Local 13 & Employers Group Insurance Fund has reviewed and monitored the progress of this litigation and directed Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution.  For example, UA Local 13 & Employers Group Insurance Fund has and will continue to receive and review periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of a detailed complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing and ongoing discovery efforts.  UA Local 13 & Employers Group Insurance Fund has also participated in discussions with counsel regarding the litigation and has gathered documents for purposes of production.

7.     If it is appointed as a class representative, UA Local 13 & Employers Group Insurance Fund will continue to actively direct this litigation in order to maximize the recovery for the proposed Class.  UA Local 13 & Employers Group Insurance Fund understands that it owes a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8.     UA Local 13 & Employers Group Insurance Fund intends to continue to provide fair and adequate representation by, among other things, working with Lead Counsel Robbins Geller.

9.     UA Local 13 & Employers Group Insurance Fund selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions.  Further, UA Local 13 & Employers Group Insurance Fund believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

- 2 -

- 3 -

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 13 day of July, 2022.

_____
STEVEN OSTRANDER

- 3 -