# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

UA LOCAL 13 & EMPLOYERS GROUP          :    Civil Action No. 1:19-cv-10161-LLS
INSURANCE FUND, Individually and on       :
Behalf of All Others Similarly Situated,         :    CLASS ACTION
                                                                   :
                                    Plaintiff,           :
                                                                   :
        vs.                                                    :
                                                                   :
SEALED AIR CORPORATION and             :
WILLIAM G. STIEHL,                                :
                                                                   :
                                    Defendants.         :

——————————————————————— x

### DECLARATION OF MICHAEL NANNO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, MICHAEL NANNO, declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Fund Manager for Plumbers & Steamfitters Local 267 Pension Fund and have been responsible for assisting in overseeing this litigation on behalf of Plumbers & Steamfitters Local 267 Pension Fund. Plumbers & Steamfitters Local 267 Pension Fund was appointed Lead Plaintiff in this action on January 22, 2020, and now seeks appointment as a class representative.

3. Plumbers & Steamfitters Local 267 Pension Fund is a multiemployer pension plan with approximately $155 million in assets under management, providing pension benefits to over 1,200 participants. Plumbers & Steamfitters Local 267 Pension Fund is affiliated with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and is a member of the New York State Pipe Trades Association.

4. Plumbers & Steamfitters Local 267 Pension Fund purchased shares of Sealed Air Corporation ("Sealed Air") common stock during the period between November 17, 2014 and June 20, 2019, inclusive, the Class Period.

5. Plumbers & Steamfitters Local 267 Pension Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Should Plumbers & Steamfitters Local 267 Pension Fund be appointed as a class representative, Plumbers & Steamfitters Local 267 Pension Fund, as a large, sophisticated institutional investor, is committed to vigorously prosecuting this litigation.

- 1 -

6.     Plumbers & Steamfitters Local 267 Pension Fund has reviewed and monitored the progress of this litigation and directed Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution. For example, Plumbers & Steamfitters Local 267 Pension Fund has and will continue to receive and review periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of a detailed complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing and ongoing discovery efforts. Plumbers & Steamfitters Local 267 Pension Fund has also participated in discussions with counsel regarding the litigation and has gathered documents for purposes of production.

7.     If it is appointed as a class representative, Plumbers & Steamfitters Local 267 Pension Fund will continue to actively direct this litigation in order to maximize the recovery for the proposed Class. Plumbers & Steamfitters Local 267 Pension Fund understands that it owes a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8.     Plumbers & Steamfitters Local 267 Pension Fund intends to continue to provide fair and adequate representation by, among other things, working with Lead Counsel Robbins Geller.

9.     Plumbers & Steamfitters Local 267 Pension Fund selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions. Further, Plumbers & Steamfitters Local 267 Pension Fund believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 14 day of July, 2022.

MICHAEL NANNO

- 3 -