# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

UA LOCAL 13 & EMPLOYERS GROUP     :    Civil Action No. 1:19-cv-10161-LLS
INSURANCE FUND, Individually and on     :
Behalf of All Others Similarly Situated,     :    CLASS ACTION
                                        :
                Plaintiff,              :
                                        :
    vs.                                 :
                                        :
SEALED AIR CORPORATION and              :
WILLIAM G. STIEHL,                      :
                                        :
                Defendants.             :
                                        :
———————————————————— x


## DECLARATION OF RYAN HEIMROTH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, RYAN HEIMROTH, declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion").  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Administrator for Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds and have been responsible for assisting in overseeing this litigation on behalf of Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds.  Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds are Plaintiffs in this action and now seek appointment as class representatives.

3.      Plumbers and Steamfitters Local No. 7 Pension Fund is multiemployer pension plan with approximately $237 million in assets under management, currently providing pension benefits to approximately 500 pensioners.  Plumbers and Steamfitters Local No. 7 Welfare Fund is multiemployer welfare plan with approximately $80 million in assets under management, currently providing health benefits to approximately 1,200 participants.

4.      Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds purchased shares of Sealed Air Corporation ("Sealed Air") common stock during the period between November 17, 2014 and June 20, 2019, inclusive, the Class Period.

5.      Based on information provided by Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Should Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds be appointed as class representatives, Plumbers and Steamfitters Local No. 7

Pension and Welfare Funds, as large, sophisticated institutional investors, are committed to vigorously prosecuting this litigation.

6.    Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds have reviewed and monitored the progress of this litigation and directed Robbins Geller in its prosecution. For example, Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds have and will continue to receive and review periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of a detailed complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing and ongoing discovery efforts. Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds have also participated in discussions with counsel regarding the litigation and have gathered documents for purposes of production.

7.    If they are appointed as class representatives, Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds will continue to actively direct this litigation in order to maximize the recovery for the proposed Class. Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds understand that they owe a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8.    Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds intend to continue to provide fair and adequate representation by, among other things, working with Lead Counsel Robbins Geller.

9.    Plumbers and Steamfitters Local No. 7 Pension and Welfare Funds selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions. Further, Plumbers and Steamfitters Local No. 7 Pension

- 2 -

and Welfare Funds believe that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 14th day of July, 2022.

RYAN HEIMROTH

- 3 -