# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Vincent Levy*
*(646) 837-5120*
*vlevy@hsgllp.com*

**MEMO ENDORSE**

July 21, 2022

VIA ECF

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/22
```

Re: *UA Local 13 Pension Fund, et al. v. Sealed Air Corp., et al.*, No. 19-10161

Dear Judge Stanton:

We write on Sealed Air's behalf in connection with Plaintiffs' motion for class certification and appointment of class representatives and counsel filed on July 15, 2022. Dkt. 82. As anticipated at the conference before Your Honor on July 7, 2022, Plaintiffs' motion was filed along with an expert report (by a PhD in economics) and supporting exhibits totaling nearly 200 pages, including three affidavits from would-be class representatives. Under the Local Rules, Defendants' response is due on July 29, 2022.

Plaintiffs' motion raises several issues for which Sealed Air intends to present opposing expert testimony—particularly in light of the Supreme Court's decision last year in the *Goldman Sachs* case. *Goldman Sachs v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951 (2021). *Goldman* underscores the importance of taking a hard look—at the class certification stage—at the statements alleged to be misleading and their impact upon the price of the securities. Given its recent vintage, *Goldman* also means that care will be required in the preparation of responsive papers.

In order to prepare and present evidence opposing Plaintiffs' motion, including to have an adequate opportunity to depose Plaintiffs' witnesses as to their affidavits and to prepare expert analyses, Sealed Air respectfully requests a two-week extension—**until August 12, 2022**—to submit its opposition brief and responsive expert testimony. We have conferred with Plaintiffs' counsel, and they do not oppose this request, which is the first request for an extension of this deadline.

Respectfully submitted,

*/s/ Vincent Levy*
Vincent Levy

Granted
Louis L. Stanton
7/22/22