ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UA LOCAL 13 PENSION FUND, UA LOCAL 13
& EMPLOYERS GROUP INSURANCE FUND, and
PLUMBERS & STEAMFITTERS LOCAL 267
PENSION FUND, individually and on
behalf of all others similarly
situated,

          Plaintiffs,

- against -

SEALED AIR CORPORATION and WILLIAM G.
STIEHL,

          Defendants.

19 Civ. 10161 (LLS)

ORDER

It having been reported to the Court that this case has been settled, it is

ORDERED, that the deadlines in this action be held in abeyance for 30 days, during which either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated:   New York, New York
         August 12, 2022

                                           Louis L. Stanton
                                             U.S.D.J.