# EXHIBIT A

K1NAARCHps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

In Re:
                                    15-MC-40 (AKH)


AMERICAN REALTY CAPITAL
PROPERTIES, INC. LITIGATION,

                                    Fairness Hearing

------------------------------x

                                    New York, N.Y.
                                    January 23, 2019
                                    10:15 a.m.


Before:

                HON. ALVIN K. HELLERSTEIN

                                    District Judge


                    APPEARANCES

ROBBINS GELLER RUDMAN & DOWD LLP
        Attorneys for TIAA and Class Plaintiffs
BY:  DEBRA J. WYMAN, ESQ.
        MICHAEL J. DOWD, ESQ.
        ROBERT M. ROTHMAN, ESQ.
        ELLEN GUSIKOFF-STEWART, ESQ.

GLANCY PRONGAY & MURRAY LLP
        Attorneys for the Witchko Derivative
BY:  MATTHEW M. HOUSTON, ESQ.


MILBANK LLP
        Attorneys for Defendant ARCP
BY:  SCOTT A. EDELMAN, ESQ.

fee justifications and the expense itemizations.  I find the lodestars of each of the firms reasonable and appropriate and the expenses reasonable as well.

My award for all of the counsel who will be sharing this fee is $100 million, plus allowance of expenses of $5,164,539.91.

It comes out to a multiplier of 1.376, but regardless of the accuracy of my arithmetic, the number is $100 million of fee and $5,164,539.91.

I believe that, in this case, as I said before, the services delivered by the Robbins Geller firm were outstanding, that Ms. Wyman, Mr. Dowd, and your colleagues, Mr. Rothman, did outstanding work.  I think in the fees of some of the other firms it was hard for me to see the same amount of productivity, in terms of obtaining the result, and in some cases whether or not all the fees that were presented were fees that should be allowed.  But it's very hard to pierce through this, as Mr. Dowd has suggested that everything went into the final result, and so I determined that each of the firms would be considered as having had a full lodestar, and that the add-on, the bonus, would be done in the aggregate for all firms.

How the fees are ultimately allocated is something, I guess, the firms are going to have to work out for themselves. As I understand it, I have no continuing jurisdiction, should