ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UA LOCAL 13 PENSION FUND, UA LOCAL 13 & EMPLOYERS GROUP INSURANCE FUND, and PLUMBERS & STEAMFITTERS LOCAL 267 PENSION FUND, individually and on behalf of all others similarly situated,

        Plaintiffs,

- against -

SEALED AIR CORPORATION and WILLIAM G. STIEHL,

        Defendants.

---

19 Civ. 10161 (LLS)

ORDER OF AMENDMENT

    See attached amended page nine paragraph twenty-four of Dkt. No. 102, filed on September 14, 2022.

    So ordered.

Dated:    New York, New York
          September 20, 2022

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                          U.S.D.J.

are not required to attend the Settlement Hearing, but any Class Member wishing to be heard orally in opposition to the approval of the Settlement, the Plan of Allocation, and/or the application for an award of attorneys' fees and expenses must file a written objection and indicate in the written objection their intention to appear at the hearing.

23. All funds held by the Escrow Agent shall be deemed and considered to be in *custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as such funds shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

24. All opening briefs and supporting documents in support of the Settlement, the Plan of Allocation, and any application by counsel for the Plaintiffs for attorneys' fees and expenses or by Plaintiffs shall be filed and served by **Dec. 16**, 202**2** [a date thirty-five (35) calendar days before the Settlement Hearing]. Replies to any objections shall be filed and served by **Jan 13**, 202**3** [a date seven (7) calendar days before the Settlement Hearing].

25. Neither the Defendants and their Related Parties nor the Defendants' Counsel shall have any responsibility for the Plan of Allocation or any application for attorneys' fees or expenses submitted by Plaintiffs' counsel or Plaintiffs, and such matters will be considered separately from the fairness, reasonableness, and adequacy of the Settlement.

26. At or after the Settlement Hearing, the Court shall determine whether the Plan of Allocation proposed by Lead Counsel, and any application for attorneys' fees or payment of expenses shall be approved.

27. All reasonable expenses incurred in identifying and notifying Class Members, as well as administering the Settlement Fund, shall be paid as set forth in the Stipulation. In the event the Settlement is not approved by the Court, or otherwise fails to become effective, neither Plaintiffs nor

LLS
9/20/22