# EXHIBIT E

**EXHIBIT E**

*UA Local 13 & Emps. Grp. Ins. Fund v. Sealed Air Corp. and William G. Stiehl*,
Case No. 19-cv-10161-LLS-RWL
Robbins Geller Rudman & Dowd LLP
Inception through November 29, 2022

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $3,524.45 |
| Business Wire | | 545.45 |
| Messenger, Overnight Delivery | | 653.62 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 10,286.28 |
| Experts/Consultants | | 397,048.50 |
| Crowninshield Financial Research, Inc. | $ 313,736.00 | |
| Kalorama Partners, LLC | 83,312.50 | |
| Online Legal and Financial Research | | 15,898.78 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 27,875.25 |
| *TOTAL* | | *$ 455,832.33* |