# EXHIBIT F

**EXHIBIT F**

*UA Local 13 & Emps. Grp. Ins. Fund v. Sealed Air Corp. and William G. Stiehl,*
Case No. 19-cv-10161-LLS-RWL
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $3,524.45

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/02/19 | U.S.D.C. S.D.N.Y. | 11/01/19 - NEW COMPLAINT FILING FEE |
| 11/07/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | SUBSTITUTED SERVICE: JEROME A. PERIBERE, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |
| 11/07/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SEALED AIR CORPORATION, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |
| 11/08/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: SEALED AIR CORPORATION, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |
| 11/13/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | SUBSTITUTED SERVICE: WILLIAMS G. STIEHL, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |
| 11/16/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CAROL P. LOWE, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |

- 2 -

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/25/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: EDWARD L. DOHENY, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; ECF RULES & INSTRUCTIONS |
| 07/11/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ERNST & YOUNG LLP, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 07/11/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: U.S. SECURITIES AND EXCHANGE COMMISSION, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 07/29/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: FRANK SCOGNAMIGLO, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; WITNESS FEES ADVANCED |
| 07/29/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: CAROL P. LOWE, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 08/01/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JAMES G. HERRING, AT HOME, BY SERVING: JAMES G. HERRING, PERSONALLY, SERVED BY: NICHOLAS AYERS. SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; WITNESS FEES ADVANCED |
| 08/02/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: CAROL P. LOWE, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 08/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: JAMES A YOUNG, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |

- 3 -

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 09/27/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 09/12/22 MISC JOB: COURTESY COPY FOR JUDGE'S CHAMBERS; PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL; MEMORANDUM OF LAW; STIPULATION AND AGREEMENT OF SETTLEMENT; [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT |