# EXHIBIT G

**EXHIBIT G**

*UA Local 13 & Emps. Grp. Ins. Fund v. Sealed Air Corp. and William G. Stiehl,*
Case No. 19-cv-10161-LLS-RWL
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $10,286.28

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/18/22 | SOUTHERN DISTRICT REPORTER PC | TRANSCRIPT OF 2/18/22 STATUS CONFERENCE |
| 07/08/22 | SOUTHERN DISTRICT REPORTERS PC | TRANSCRIPT OF 7/7/22 STATUS CONFERENCE |
| 07/22/22 | VERITEXT CORP. | WITNESS DEPOSITION: STEVEN M. OSTRANDER; 1 CERTIFIED TRANSCRIPT, EXHIBITS LINKED; ELECTRONIC DELIVERY AND HANDLING. |
| 07/22/22 | VERITEXT CORP. | WITNESS DEPOSITION: STEVEN M. OSTRANDER; REALTIME SERVICES - REMOTE AND REMOTE CONNECTION. |
| 07/26/22 | VERITEXT CORP. | WITNESS DEPOSITION: RYAN HEIMROTH; 1 CERTIFIED TRANSCRIPT, REALTIME REMOTE SERVICES |
| 07/28/22 | VERITEXT CORP. | WITNESS DEPOSITION: STEVEN P. FEINSTEIN; 1 CERTIFIED TRANSCRIPT, REALTIME REMOTE AND CONNECTION, VIRTUAL PARTICIPANTS, EXHIBITS LINKED; ELECTRONIC DELIVERY AND HANDLING |
| 08/04/22 | VERITEXT CORP. | WITNESS DEPOSITION: MICHAEL D. NANNO; 1 CERTIFIED TRANSCRIPT, REALTIME - REMOTE AND REMOTE CONNECTION, VIRTUAL PARTICIPANTS, EXHIBITS LINKED |