EXHIBIT A



*SAIR-EXCL00002*

RECEIVED
Dec 15, 2022
Claims Center

# Exclusion Cover Page

Case Name: Sealed Air Securities Litigation

Case Code: SAIR

Exclusion Deadline: December 30, 2022 (postmarked on or before)

Name of Person Filing Exclusion: Malta Pension Investments

# ∾ Malta Pension Investments

| Malta Pension Investments | | Ihr Zeichen<br>Your Reference | Unser Zeichen/Datum<br>Our Reference/Date | Telefon/Telefax<br>Phone/Telefax |
| --- | --- | --- | --- | --- |
| ████████████████ | | | | |

Sealed Air Securities Litigation
Claims Administrator
EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur
CA 94977-5100
USA

14th November 2022

**Request Exclusion from the Class in UA Local 13 & Employers Group Insurance Fund v. Sealed Air Corporation and William G. Stiehl, No 1:19-cv-10161-LLS-RWL**

Name:  MALTA PENSION INVESTMENTS

Address:  ████████████████████

Contact:  Markus Pawlik, Managing Director

Email: ████████████████

Telephone: ████████████

Trading history and proof of ownership being in the attached custodian certificate.



Markus Pawlik

Managing Director

Daniel Caruana

Authorised Signatory



State Street Bank International GmbH
Zweigniederlassung Luxembourg

49 avenue J F Kennedy
L-1855 Luxembourg

T +352 464 010 1
R C S. Luxembourg B 148186

www statestreet com

Luxembourg, November 14th, 2022

**Re: Statement of positions SEALED AIRCORP**

**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.
The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Rui Machado
Digitally signed by Rui Machado
Date: 2022.11.14 11:04:31 +01'00'

Name:

Title:

State Street Bank International GmbH
Aufsichtsratsvorsitzender Jörg Ambrosius
Geschaltsfuhrer Stefan Gmur Fabienne Bauer Paul Dollakov James Fegan
Andreas Niklaus Kris Wulteputte
Sitz Munchen, Brienner Str 59 D-80333 Munchen, Registergericht Munchen HRB 42872

Rui Machado

Digitally signed
by Rui Machado
Date: 2022.11.14
11:04:49 +01'00'

State Street Bank International GmbH
Zweigniederlassung Luxemburg

49, avenue J.F. Kennedy
L-1855 Luxembourg

**Rui Machado**

Digitally signed by
Rui Machado
Date: 2022.11.14
11:05:13 +01'00'

T +352 464 010 1
R.C.S. Luxembourg B 148186

www.statestreet.com

| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | TRADE DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | AS OF SHARE / PAR POSITION | BROKER NAME | UNIT PRICE | TAXES | ISN, SDL WPK | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16-Nov-14 | | Opening balance | | | | | 0.000 | | | | | |
| MP28 | Transition | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 18-May-16 | 13-May-16 | DTC | BUY | 16,000.000 | 764,793.09 | 114.69 | 764,678.40 | 16,000.000 | STATE STREET BANK AND TRUST COMPANY | 47.79 | 0.00 | | USD |
| MP28 | Transition | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 20-May-16 | 20-May-16 | DTC | SELL | (16,000.000) | -747,040.00 | 0.00 | -747,040.00 | 0.000 | INCOMING CLIENT | 46.69 | 0.00 | | USD |
| | | | | | 20-Jun-19 | | | | | | | 0.000 | | | | | |
| | | | | | 18-Sep-19 | | Closing balance | | | | | 0.000 | | | | | |
| | | | | | 16-Nov-14 | | Opening balance | | | | | 0.000 | | | | | |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 20-May-16 | 19-May-16 | DTC | BUY | 16,000.000 | 747,040.00 | 0.00 | 747,040.00 | 16,000.000 | INCOMING CLIENT | 46.69 | 0.00 | | USD |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 8-Jul-16 | 5-Jul-16 | DTC | SELL | (2,800.000) | -126,279.99 | -25.26 | -126,254.73 | 13,200.000 | MERRILL LYNCH PIERCE FENNER AND S | 45.11 | 2.75 | | USD |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 12-Aug-16 | 9-Aug-16 | DTC | SELL | (2,978.000) | -139,160.85 | -27.84 | -139,133.01 | 10,222.000 | MERRILL LYNCH PIERCE FENNER AND S | 46.74 | 3.03 | | USD |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 9-Sep-16 | 6-Sep-16 | DTC | SELL | (3.026.000) | -143,551.84 | -28.72 | -143,523.12 | 7,196.000 | CITIGROUP GLOBAL MARKETS LIMITED | 47.45 | 3.14 | | USD |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 7-Oct-16 | 4-Oct-16 | DTC | SELL | (3,305.000) | -148,361.58 | -29.68 | -148,331.90 | 3,891.000 | CREDIT SUISSE SECURITIES (EUROPE) LIMITE | 44.90 | 3.24 | | USD |

State Street Bank International GmbH
Aufsichtsratsvorsitzender Jorg Ambrosius
Geschäftsführer Stefan Gmur, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München Brenner Str. 59, D-80333 München, Registergericht München HRB 42872

## STATE STREET.

| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 14-Nov-16 | 8-Nov-16 | DTC | SELL | (3,891.000) | -179,685.42 | -35.95 | -179,649.47 | 0.000 | MERRILL LY NCH PIERCE FENNER AND S | 46.19 | 3.92 | | USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 11-Jan-18 | 9-Jan-18 | DTC | BUY | 2,388.000 | 116,963.75 | 23.39 | 116,940.36 | 2,388.000 | UBS LIMITE D | 48.97 | 0.00 | | USD |
| MP51 | Us Equity (Bnp) | 81211K100 | SEALED AIRCORP COMMON STOCK USD.1 | 11-Dec-18 | 7-Dec-18 | DTC | SELL | (2,388.000) | -82,010.32 | -16.41 | -81,993.91 | 0.000 | MORGAN STA NLEY AND CO. INTERNATIONAL PLC | 34.35 | 1.07 | | USD |
| | | | | | 20-Jun-19 | | | | | | | 0.000 | | | | | |
| | | | | | 18-Sep-19 | | Closing balance | | | | | 0.000 | | | | | |

Rui Machado

Digitally signed by Rui Machado
Date: 2022.11.14
11:05:29 +01'00'

Information Classification: Limited Access

State Stree. Bank International GmbH
Aufsichtsratsvorsitzender Jorg Ambros us
Geschaftsfuhrer Stefan Gmur, Fabienne Baker, Denis Dollaku James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz Munchen, Brenner Str 59, D-80333 Munchen Reg stergericht Munchen HRB 42872



MaltaPost p.l.c. **15-Nov-2022**

Stamps Affixed

€ 0.00 Foreign Post - Letters Registered

**Total Postage Value**

**€ 7.30**

Destination:

**USA**

WEIGHT 0.032 Kg

FOREIGN ZONE B (1)

St Julians
ACH460
STJ001422516T
STJ0792182B
13 11 39

9168a7e7cc7a0355cca374fa8927e



RR432788188MT



RECEIVED GE
DEC 15 2022
CLAIMS CENTER

**Malta Pension Investments**



**RR** Registered Item
RR432788188MT

malta **post**



Customer's Signature and ID.

RR432788188MT



*SAIR-EXCL00003*

RECEIVED
Dec 15, 2022
Claims Center

# Exclusion Cover Page

Case Name: Sealed Air Securities Litigation

Case Code: SAIR

Exclusion Deadline: December 30, 2022 (postmarked on or before)

Name of Person Filing Exclusion: Olga Eidt

December 02, 2022


Sealed Air Securities Litigation
Claims Administrator, EXCLUSIONS
C/O Gilardi & Co. LLC. P.O. Box 5100
Larkspur, CA 94977-5100


Dear Sir/Madam,

This is to advise that I "request exclusion from the Class in UA Local 13 &
Employers Group Insurance Fund v Sealed Air Corporation and William G. Stiehl,
No 1:19-cv-10161-LLS-RWL".

The following are the details of the purchases and sales I made in Sealed Air
Corporation Stock during the Class Period.

PURCHASED
150 shares purchased March 17, 2017 at a price of US$45.68

SOLD
  50 shares sold January 18, 2018 at a price of US$49.31
100  shares sold February 2 2018 at a price of US$47.61


Yours Truly

Olga Eidt

PAR AVION

AIR MAIL



SEALED AIR SECURITIES LITIGATION
CLAIMS ADMINISTRATOR, EXCLUSIONS.
C/o GILARDI & CO. LLC, P.O. BOX 5100
LARKSPUR, CA 94977-5100

RECEIVED GE

DEC 15 2022

CLAIMS CENTER

AIR MAIL

VIA AEREA



RECEIVED
Dec 22, 2022
Claims Center

# Exclusion Cover Page

Case Name: Sealed Air Securities Litigation

Case Code: SAIR

Exclusion Deadline: December 30, 2022 (postmarked on or before)

Name of Person Filing Exclusion: Jennie M Miller

December 13, 2022

To Whom It May Concern:

This letter is from:

Jennie M. Miller



I opt out of any settlement, etc, from this law suit.

I request exclusion from the Class in *UA Local 13 & Employers Group Insurance Fund v. Sealed Air Copr and William G. Stiehl,* No. 1:19-cv-10161-LLS-RWL

I do not know any dates, etc.

Sincerely,

*Jennie M Miller*

Jennie M. Miller

**TABLE 1**

**Decline in Inflation Per Share by Date of Purchase and Date of Sale**

| Purchase Date | Sale Date | | |
|---|---|---|---|
| | 11/17/2014-8/6/2018 | 8/7/2018-6/20/2019 | Sold on or Retained Beyond 6/21/2019 |
| 11/17/2014-8/6/2018 | $0.00 | $0.73 | $2.59 |
| 8/7/2018-6/20/2019 | | $0.00 | $1.86 |
| Purchased on or after 6/21/2019 | | | $0.00 |

**TABLE 2**

**Sealed Air Closing Price and Average Closing Price**

| Date | Closing Price | Average Closing Price Between June 21, 2019 and Date Shown | Date | Closing Price | Average Closing Price Between June 21, 2019 and Date Shown |
|---|---|---|---|---|---|
| 6/21/2019 | $41.70 | $41.70 | 8/6/2019 | $44.33 | $43.15 |
| 6/24/2019 | $41.57 | $41.64 | 8/7/2019 | $45.11 | $43.21 |
| 6/25/2019 | $42.09 | $41.79 | 8/8/2019 | $45.31 | $43.27 |
| 6/26/2019 | $41.62 | $41.75 | 8/9/2019 | $44.93 | $43.32 |
| 6/27/2019 | $42.27 | $41.85 | 8/12/2019 | $44.66 | $43.35 |
| 6/28/2019 | $42.78 | $42.01 | 8/13/2019 | $44.47 | $43.38 |
| 7/1/2019 | $43.61 | $42.23 | 8/14/2019 | $43.01 | $43.37 |
| 7/2/2019 | $43.98 | $42.45 | 8/15/2019 | $41.99 | $43.34 |
| 7/3/2019 | $44.32 | $42.66 | 8/16/2019 | $42.38 | $43.31 |
| 7/5/2019 | $44.33 | $42.83 | 8/19/2019 | $42.73 | $43.30 |
| 7/8/2019 | $44.01 | $42.93 | 8/20/2019 | $42.28 | $43.28 |
| 7/9/2019 | $43.32 | $42.97 | 8/21/2019 | $42.20 | $43.25 |
| 7/10/2019 | $42.78 | $42.95 | 8/22/2019 | $41.69 | $43.22 |
| 7/11/2019 | $43.22 | $42.97 | 8/23/2019 | $40.43 | $43.15 |
| 7/12/2019 | $43.55 | $43.01 | 8/26/2019 | $40.67 | $43.10 |
| 7/15/2019 | $42.64 | $42.99 | 8/27/2019 | $39.91 | $43.03 |
| 7/16/2019 | $43.63 | $43.02 | 8/28/2019 | $39.85 | $42.97 |
| 7/17/2019 | $42.95 | $43.02 | 8/29/2019 | $39.98 | $42.90 |
| 7/18/2019 | $43.31 | $43.04 | 8/30/2019 | $39.82 | $42.84 |
| 7/19/2019 | $43.18 | $43.04 | 9/3/2019 | $39.34 | $42.77 |
| 7/22/2019 | $42.70 | $43.03 | 9/4/2019 | $39.60 | $42.71 |
| 7/23/2019 | $43.36 | $43.04 | 9/5/2019 | $39.32 | $42.65 |
| 7/24/2019 | $43.86 | $43.08 | 9/6/2019 | $39.71 | $42.59 |
| 7/25/2019 | $43.88 | $43.11 | 9/9/2019 | $40.24 | $42.55 |
| 7/26/2019 | $44.05 | $43.15 | 9/10/2019 | $42.42 | $42.55 |
| 7/29/2019 | $44.02 | $43.18 | 9/11/2019 | $41.76 | $42.54 |
| 7/30/2019 | $42.55 | $43.16 | 9/12/2019 | $41.31 | $42.51 |
| 7/31/2019 | $41.79 | $43.11 | 9/13/2019 | $42.40 | $42.51 |
| 8/1/2019 | $41.15 | $43.04 | 9/16/2019 | $40.33 | $42.48 |
| 8/2/2019 | $44.33 | $43.09 | 9/17/2019 | $42.00 | $42.47 |
| 8/5/2019 | $43.84 | $43.11 | 9/18/2019 | $41.59 | $42.45 |

J. miller



13 DEC 2022  PM 4  L

RECEIVED ON
DEC 2 2 2022
CLAIMS CENTER

Sealed Air Securites Litigition
Claims Administrator
EXCLUSIONS
C/O Gilardi & Co, LLC
PO Box 5100
Larkspur, CA 94977-5100

94977-510000