N1K8UALC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UA LOCAL 13 & EMPLOYERS GROUP
INSURANCE FUND, *et al.*,

                    Plaintiffs,

          v.                           19 Cv. 10161 (LLS)

SEALED AIR CORPORATION, *et al.*,

                    Defendant.

------------------------------x
                                    New York, N.Y.
                                    January 20, 2023
                                    2:10 p.m.

Before:

                    HON. LOUIS L. STANTON,

                                    District Judge

                         APPEARANCES

ROBBINS GELLER RUDMAN & DOWD LLP
     Attorneys for Plaintiffs
BY:  ROBERT M. ROTHMAN
     ROBERT D. GERSON

HOLWELL SHUSTER & GOLDBERG LLP
     Attorneys for Defendant Sealed Air Corporation
BY:  VINCENT G. LEVY
     KEVIN BENISH

COOLEY LLP
     Attorneys for Defendant Stiehl
BY:  MICHAEL BERKOVITS

N1K8UALC

(In open court; case called)

THE COURT:  Good afternoon.  Please be seated.

Mr. Rothman.

MR. ROTHMAN:  Good afternoon, your Honor.

THE COURT:  Are you going first?

MR. ROTHMAN:  Yes, sir.

I will take the podium.  Thank you.

Good afternoon, your Honor.  Robert Rothman, from Robbins Geller Rudman & Dowd, on behalf of the plaintiffs and the class in this action.

We are here today to present to the Court the $12,500,000 class action settlement for final approval, as well as the request for attorneys' fees and expenses and approval of the plan of allocation.

As set forth in our papers, the settlement and the other requests satisfies all the requirements of Rule 23, as well as the Second Circuit's decisions in *Detroit v. Grinnell* and *Goldberger v. Integrated Resources*.  I am prepared to go through all of those factors today, your Honor, or answer any questions that the Court may have, but if the Court has no concerns, I am content to rest upon our papers.

THE COURT:  Well, I have read your papers and to me they look very well prepared and a thorough presentation of the case.  I have no questions about them.

MR. ROTHMAN:  Thank you, your Honor.

N1K8UALC

THE COURT:  Anybody else wish to be heard?

MR. LEVY:  I don't think I have anything to add to the papers.

THE COURT:  I can't hear you.  Take the podium.

MR. LEVY:  Vincent Levy on behalf of Sealed Air.

If the Court has no questions, we have nothing to add, and I agree the papers were well put together, and we support approval of the settlement.

THE COURT:  And there are no objectors, nobody else who wishes to be heard?

Now is the time.

MR. BERKOVITS:  Your Honor, Michael Berkovits, counsel for Defendant William Stiehl.

I will put on the record that Mr. Stiehl shares in Sealed Air's views, and we also have nothing to add to the papers and agree.

THE COURT:  Thank you, Mr. Berkovits.

I have dated and signed the final judgment and order of dismissal with prejudice.  Although it should probably not take effect until I have signed the other ones.

I have dated and signed the order approving the plan of allocation.

And I have dated and signed the order awarding attorneys' fees, expenses and awards to the individual assisting plaintiffs.

N1K8UALC

Is there any further business to come before this meeting?

MR. ROTHMAN:  Not from plaintiffs, your Honor.  We thank your Honor for all the time and attention that you and your staff have devoted to this.

THE COURT:  Have a good weekend.

(Adjourned)